ELLA J. FIBISH AND FRANK FIBISH, PLAINTIFFS-RE-
SPONDENTS, v. HARRY BENNETT AND SELMA BEN-
NETT, HIS WIFE, DEFENDANTS-APPELLANTS.

Submitted May 26, 1944—Decided September 14, 1944.

For the appellants, *George F. Losche.*

For the respondents, *Seufert & Elmore* (*Charles Fishberg,*
of counsel).

PER CURIAM.

The judgment is affirmed, for the reasons expressed in the
opinion of Mr. Justice Porter for the Supreme Court.

The rent sued for was not for the last three months, but
that is not material.

The opinion states that under the lease the tenant is liable
for rent for the term, "irrespective of why the premises were
vacated, whether by a voluntary vacation by the tenant or
by an eviction by lawful proceedings." We need only decide
that this is so where the "eviction by lawful proceedings" is
the result of the default of the tenant in the discharge of an
obligation imposed on him by the lease; and such was the
case here.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAF-
FERTY, HAGUE, THOMPSON, DILL, JJ.   13.

*For reversal*—None.